IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDWARD VAN BUREN and VICKI VAN BUREN, | : : : |
| Plaintiffs, | : : |
| vs. | : CIVIL ACTION NO. : : 1:12-CV-1837-CC |
| THE BANK OF NEW YORK MELLON, | : : : |
| Defendant. | : : |

### ORDER

This matter is before the Court on Plaintiffs' "Motion for Review and/or Reconsideration of the Court's Dismissal Order or in the Alternative Plaintiffs' Rule 60 Motion" [Doc. No. 12]. By this motion, Plaintiffs Edward Van Buren and Vicki Van Buren ("Plaintiffs") request that this Court reconsider the Order [Doc. No. 8] and Judgment [Doc. No. 9] entered on July 25, 2012, granting the Motion to Dismiss Plaintiffs' Complaint by Defendant The Bank of New York Mellon [Doc. No. 3] (the "Motion to Dismiss"). Plaintiffs argue that the Court should have allowed them additional time to respond to the Motion to Dismiss, notwithstanding the fact that 55 days had elapsed since Defendant filed the Motion to Dismiss. Insofar as Plaintiffs had ample time to respond to the Motion to Dismiss and the Court properly concluded that the Motion to Dismiss was due to be granted, the Court hereby **DENIES** the "Motion for Review and/or Reconsideration of the Court's Dismissal Order or in the Alternative Plaintiffs' Rule 60 Motion" [Doc. No. 12].

SO ORDERED this <u>4th</u> day of <u>October</u>, 2012.

<u>s/ CLARENCE COOPER</u>

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE